1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   Case No. _CR 08-807-R_
                                   )
12                  Plaintiff,     )   ORDER OF DETENTION AFTER HEARING
                                   )      (Fed.R.Crim.P. 32.1(a)(6)
13             v.                  )        18 U.S.C. § 3143(a)
                                   )     Allegations of Violations of
14  Juan Roman Ventura-Martinez,   )     Probation/Supervised Release
                                   )              Conditions)
15                  Defendant.     )
    _____)

16

17      On arrest warrant issued by the United States District Court for

18  the _____CDCA_____ involving alleged violations of

19  conditions of probation/supervised release:

20      1.   The court finds that no condition or combination of

21           conditions will reasonably assure:

22           A.   (✔) the appearance of defendant as required; and/or

23           B.   (✔) the safety of any person or the community.

    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

1  2.   The Court concludes:

2     A.   ( ✓ ) Defendant has failed to demonstrate by clear and

3          convincing evidence that he is not likely to pose

4          a risk to the safety of any other persons or the

5          community.  Defendant poses a risk to the safety

6          of other persons or the community based on:

7     _history of non-compliance + R Substance_

8     _abuse; prior Criminal history_

9     _____

10    _____

11    _____

12    B.   ( ✓ ) Defendant has failed to demonstrate by clear and

13         convincing evidence that he is not likely to flee

14         if released.  Defendant poses a flight risk based

15         on: _history of non-compliance; illegal_

16    _immigration status; prior failure to_

17    _appear; multiple aliases_

18    _____

19    _____

20

21         IT IS ORDERED that defendant be detained.

22

23    DATED:   _2/12/10_

24

25    HONORABLE JACQUELINE CHOOLJIAN
      United States Magistrate Judge

26

27

28